Mychel McMillan
Name
1200 W Dimond Blvd Spc #1049
Mailing address
Anchorage AK, 99515
City, State, Zip
907 290 6884
Telephone

RECEIVED

FEB 05 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Mychel Anthonie McMillan,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Henning inc.

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-CV-00026-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Mychel Anthonie McMillan_
(print your name)

who presently resides at_1200 W Dimond Blvd Spc 1049_,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Henning inc_____ is a citizen of
_Alaska_, and is employed as a_____Staff member_____.
  (state)                (name)                (defendant's government position/title)

_✓_This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _The State of Alaska_____ is a citizen of
_Alaska_, and is employed as a_____City hall_____.
  (state)                (name)                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_✓_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____.
  (state)                (name)                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _2-19-24_, my civil right to
_freedom from Cruel and unusual punishment_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by _Henning inc (Shelter)_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was Choke and my emegeney device Was Smash to peices I lost my Sight and the Ambulace Tried to convince me to walk it off alongwith A.P.D.

I was Simply Recording abuse from Henning inc. Staff towards another Client / Citzen ~~____~~ I was then Walked down to Where I couldnt Reach an exit and toyed with When pleading with Staff for my Oxygen While Being Jumped By 4 or more / Staff members

The Staff member ~~there~~ Were Soley going after My Phone to delete a Video of present Recording

Staff than noticed arfter "~~DOe~~" Myckel McMillan Was pleading to let go of phone in order in hopes to breath and walk away from Situation

Once I let go of phone the Staff Still kept Chokeing (me) Myckel McMillan and I lost my Sight by the Time I got up Staff had Cause damage to Property ~~____~~ Also noticing My phone Had now been locked and insisted to Break Phone more causins physical damage in hopes to fry mother borad.

2-19-24

Claim 2: On or about <u>freedom from Cruel and</u>, my civil right to
<span style="text-align:center">(Date)</span>
<u>unusual Punishment</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by <u>hennine, inc / State of Alaska</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

My emergency Device Was Smash. I could not call
for help

Claim 3: On or about _____, my civil right to

<span style="text-align:center">(Date)</span>

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Alaska District Court_ on _2-5-25_
                 (Location)                     (Date)

_____
   (Plaintiff's Original Signature)


_____   _____
  Original Signature of Attorney (if any)             (Date)


_____
_____

_____
Attorney's Address and Telephone Number