Name _Myckel Anthonie McMillan_
Mailing address _1200 W Dimond blvd Spc #1049_
City, State, Zip _Anchorage, AK_

Telephone

RECEIVED

MAY 13 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Myckel Anthonie McMillan_,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Henning inc_ ,

_____ ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:25-CV-00026-SLG_
(To be supplied by Court)
_Amended_..

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Myckel Anthonie McMillan_
(print your name)

who presently resides at _1200 W Dimond blvd Spc #1049_ ,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Henning inc_____ is a citizen of
_____(name)_____
_Alaska_, and is employed as a ___Staff Member_____.
(state)                                    (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _(no other defendant) Just Henning inc_ is a citizen of
_____(name)_____
_____, and is employed as a_____.
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____(name)_____
_____, and is employed as a_____.
(state)                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2-19-24**_____, my civil right to

**Vicarious liability / negligence / negligence Claim**

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

*(Date)*

freedom from cruel and unusual Punishment

was violated by ___**Henning inc**_____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was Choke out! Staff Was after My cell phone (emegency Device) Staff a total of 4 to 5 Staff Members held Me down in attempt to capture Phone Due to me recording other Staff Members taking physical advantage of another homeless Client

I was Simply Recording abuse from Henning inc Staff towards another Client / Citizen I was than Walked down to Where I couldnt Reach an exit and toyed with When pleading with Henning inc Staff for My Oxygen. While being Held down / Jumped By 4 or more Staff members

The Staff Members Were Soley going after My Phone to delete a video of My Present Recording

Staff than on noticed after "me" (Myckel McMillan) Was pleading to let go of phone in order in hopes to Breath and Walk away from Account / Situation Once I Let go of phone the Staff Members Kept Choking me (myckel McMillan) and I Lost Sight by the time I got up Staff had Cause damanges to Property Also noticing My phone had now been locked and insisted to Break / Smash My emegency device (cell phone) Causing Physical damage in hope to cause Chimical damanges to fry Mother board.

<u>Claim 2</u>: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Claim 3: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ *9999 USD*

2. Punitive damages in the amount of $ _75 million dollars_

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes ____✓____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _James Fitzpatrick Alaska District Court_ on _Orisenal 2-5-25 / Amended date 5-13-25_
                 (Location)                                (Date)

_Michael McMullen_
     (Plaintiff's Original Signature)


_____      _____
  Original Signature of Attorney (if any)             (Date)

_____

_____

_____

Attorney's Address and Telephone Number